741 A.2d 197

**John POTOCHNICK and Carol Potochnick, his wife,**

v.

**Stacy R. PERRY, Individually, and Kenis Perry and Lonnie Perry, Individually and t/a K & L Motors.**

**Appeal of Stacy R. Perry.**

Supreme Court of Pennsylvania.

Argued Nov. 16, 1999.

Decided Dec. 10, 1999.

Nicholas Noel, III, Maura Zajac McGuire, Teel Stettz, P.C., Easton, for Stacy R. Perry.

Thomas J. Foley, Jr., John T. McLane, Foley, McLane, Foley, McDonald, and MacGregor, Scranton, for John and Carol Potchnick.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *O R D E R*

PER CURIAM:

Appeals dismissed as having been improvidently granted.